UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                           CASE NO. 09-37388
                                                 CHAPTER 13
ETHEL L ISLAND

                                                 JUDGE JACK B SCHMETTERER

        DEBTOR                                   **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** US BANK HOME MORTGAGE

---

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
|  | 5 | 8250272845 2045 72ND | $0.00 | $1,417.70 | $1,417.70 |
| Total Amount Paid by Trustee |  |  |  |  | $1,417.70 |

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__ Through the Chapter 13 Conduit          **X** Direct by the Debtor

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

CASE NO. 09-37388

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 27th day of August, 2013 .


Debtor:                                              Attorney:
ETHEL L ISLAND                                       KAPLAN BANKRUPTCY FIRM LLC
2045 E 72ND ST                                       55 W JACKSON BLVD # 909
CHICAGO, IL  60649-3061                              CHICAGO, IL  60604
                                                     via Clerk's ECF noticing procedures


Creditor:

US BANK HOME MORTGAGE
4801 FREDERICA
OWENSBORO, KY  42301


ELECTRONIC SERVICE - United States Trustee


Date:  August 27, 2013                               /s/ TOM VAUGHN
                                                     _____
                                                     TOM VAUGHN
                                                     CHAPTER 13 TRUSTEE
                                                     55 E. MONROE STREET, SUITE 3850
                                                     CHICAGO, IL  60603